**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Martin** First name **Andrew** Middle name **Taradejna** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business* as names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8568 | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

| | | |
|---|---|---|
| **5. Where you live** | **8302 N. 21st Drive, L206** <br> **Phoenix, AZ 85021** <br> Number, Street, City, State & ZIP Code <br><br> **Maricopa** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor **Platform II Lawndale LLC** | Relationship to you **Affiliate** |
|---|---|
| District **Northern District of Illinois (Eastern Division)**  When **7/11/22** | Case number, if known **22-07668** |
| Debtor _____ | Relationship to you _____ |
| District _____  When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of small business debtor, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Martin Andrew Taradejna**

**Martin Andrew Taradejna**
Signature of Debtor 1

_____
Signature of Debtor 2

_____
Email Address of Debtor 1

_____
Email Address of Debtor 2

Executed on   **June 22, 2023**
              MM / DD / YYYY

Executed on   _____
              MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Thomas H. Allen**                        Date      **June 22, 2023**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602-256-6000**                Email address     **tallen@bkfirmaz.com**

**11160 AZ**
Bar number & State

Certificate Number: 15725-AZ-CC-037471710



15725-AZ-CC-037471710

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 31, 2023</u>, at <u>12:13</u> o'clock <u>PM EDT</u>, <u>Martin Taradejna</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 31, 2023</u>          By:     <u>/s/Carlos Cervera</u>

                                       Name:  <u>Carlos Cervera</u>

                                       Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Taradejna, Martin -

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998-1535

AMY BEAUDRY
1053 MAYFIELD
GLENDALE HEIGHTS IL 60139

ANDREW KABATCHNICK
C/O KABATCHNICK ENTERPRISE HOLDINGS
18 BELMONT ST
WHITE PLAINS NY 10605

ANDREW KABATCHNICK
C/O RHAK LLC
18 BELMONT ST
WHITE PLAINS NY 10605

ANJA WEHRMANN AND CHAD BREY
27 ABBEY ST
SAN FRANCISCO CA 94114

ARIZONA DEPARTMENT OF REVENUE
C/O AZ ATTY GEN TAX, BANKR & COLL SECT
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592

ART ZHANG
C/O KEZHAO ZHANG
34420 REDGRAVE PLACE
FREMONT CA 94555

ASSOCIATED BANK
250 E. WISCONSIN AVE
MILWAUKEE WI 53202

BEN PHILLIPS
405 CLIPPER STREET, APT. 3
SAN FRANCISCO CA 94114

BLC COMPANIES
15375 BARRANCA PARKWAY, SUITE B-202
IRVINE CA 92618


BRIAN NG
1707 15TH AVENUE
SAN FRANCISCO CA 94122


BRONSON HILL
C/O BRONSON HILL EPSP 401K
780 HOLLISTON AVE
SUNLAND CA 91040


CAROLINE DELLAWAY
C/O IRA SERVICES
P.O. BOX 3587
ALBUQUERQUE NM 87190


CAYA HEFNER
C/O SURYCAYA HEFNER
2828 BAMMEL LANE, #905
HOUSTON TX 77098


CHANERAVY THACH
7174 BRAE COURT
GURNEE IL 60031


CHANERAVY THACH
C/O KINETIC PROPERTY SOLUTIONS LLC
7174 BRAE COURT
GURNEE IL 60031


CHESTER AND WENDY LEE
1630 31ST AVENUE
SAN FRANCISCO CA 94122


CHIW HOLDING, LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

Taradejna, Martin -

CHIW LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CHRIS VAN DER VAART
C/O ENTRUST GROUP
555 12TH ST., SUITE 1250
OAKLAND CA 94607

CHRISTI MCCARTHY
C/O GEORGE CAPITAL GROUP LLC
24654 N. LAKE PLEASANT PARKWAY, #103833
PEORIA AZ 85383

CODA DESIGN + BUILD LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CODA HOLDING II, LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CODA HOLDING III, LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CODA HOLDING IV, LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CODA HOLDING, LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

CODA MANAGEMENT GROUP
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062

Taradejna, Martin -


CODA OPORTUNITY FUND LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062


CODA OPPORTUNITY FUND II LLC
600 WAUKEGAN RD. SUITE 129
NORTHBROOK IL 60062


DANIEL FULLMER
C/O CODA OPPORTUNITY FUND II
12705 ENGLAND ST
OVERLAND PARK KS 66213


DANIEL FULLMER
C/O ELEVEN VALES INVESTING LLC
12705 ENGLAND ST
OVERLAND PARK KS 66213


DAVE LIN
3865 SUNCREST AVENUE
SAN JOSE CA 95132


DAVE NICKEL
C/O EQUITY TRUST CO
312 ROSEWOOD AVE
WINNETKA IL 60093


DAVE SAXTON
184 LAKE CLUB CT., #403
CHARLOTTESVILLE VA 22902


DON EIMERBRINK
C/O PROVIDENT TRUST GROUP LLC
6400 CANOGA AVE, SUITE 250
WOODLAND HILLS CA 91367


DON PRICE
C/O SPECIALIZED IRA SERVICES
P.O. BOX 3857
ALBUQUERQUE NM 87110

Taradejna, Martin -


DON PRICE
C/O SPECIALIZED TRUST GROUP LLC
4545 S. MONACO ST., HOUSE #131
DENVER CO 80237


DOUG CAUSEY
C/O WAYNE D. CAUSEY
900 RIVERSIDE ROAD
GRIFTON NC 28530


DOUG PRAHST
C/O CODA OPPORTUNITY FUND II
967 LOG CABIN LANE
BELGIUM WI 53004


ELAN FINANCIAL SERVICES
P.O. BOX 6353
FARGO ND 58125-6353


ELAN FINANCIAL SERVICES
P.O. BOX 6335
FARGO ND 58125-6335


ELIZABETH LY
C/O QUEST TRUST CO FBO ELIZABETH LY
17171 PARK ROW DR., #100
HOUSTON TX 77084


ERIC GEYER
C/O NUVIEW TRUST CO FBO ERIC GEYER IRA
280 S. RONALD REAGAN BLVD., #200
LONGWOOD FL 32750


ERIC KNECHT
% CARL ERIC KNECHT & JULIE RUBENS BEAGLE
1639 WELLINGTON ST
OAKLAND CA 94602


FENG DAI
262 CAMPHOR AVENUE
FREMONT CA 94539

Taradejna, Martin -


FF HOMES LLC
2405 N. SHEFFIELD, #14004
CHICAGO IL 60614


GARY KIMMELMAN
C/O YRAGTRADERS LLC
4331 (A) NEIL ROAD
PHILADELPHIA PA 19115


GENISYS CREDIT UNION
2100 EXECUTIVE HILLS DRIVE
AUBURN HILLS MI 48326


GREEN LAKE FUND
1416 EL CENTRO ST., #200
SOUTH PASADENA CA 91030


GUY FERRAIOLO
722 4TH ST
WHITEHALL PA 18052


HARDY HODGES
48 LOMA LINDA BOX 345
ROSS CA 94957


HARDY HODGES
P.O. BOX 345
ROSS CA 94957


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IQBAL KHAN
C/O MOHAMMED IQBAL KHAN
257 W. COUNTRY CLUB DRIVE
BRENTWOOD CA 94513

Taradejna, Martin -


JAMES LEHMANN
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


JASON FAHL
C/O SONRISE PROPERTY GROUP LLC
P.O. BOX 31403
INDEPENDENCE OH 44131


JASPREET BAVEJA
1850 LUCILLE LANE
PLEASANT HILL CA 94523


JERRY CHAPMAN
11558 SPICEWOOD PARKWAY, #15
AUSTIN TX 78750


JJ MCCARTHY
C/O YELLOW HAT CAPITAL LLC
24654 N. LAKE PLEASANT PARKWAY, #103833
PEORIA AZ 85383


JJ MCCARTHY
C/O CHARKIE CAPITAL GROUP LLC
24654 N. LAKE PLEASANT PARKWAY, #103833
PEORIA AZ 85383


JJ MCCARTHY
C/O YELLOW HA HOLDINGS, LLC
24654 N. LAKE PLEASANT PARKWAY, #103833
PEORIA AZ 85383


JOHN CITRIGNO
C/O CIRIUS PACIFIC FUND, LLC
1555 GRANT AVENUE
NOVATO CA 94945


JOHN HAGER
C/O LIMITED PARTNER OPPORTUNITIES LLC
1519 PARK AVENUE SE
CEDAR RAPIDS IA 52403

JOSEPH DOWNS
C/O CODA OPPORTUNITY FUND II
351 CONESTOGA RD., SUITE 207
WAYNE PA 19087


JOSH EIMERBRINK
C/O PROVIDENT TRUST GROUP LLC
3000 LAVA RIDGE COURT, SUITE 130
ROSEVILLE CA 95661


JOSH EIMERBRINK
C/O PROVIDENT TRUST GROUP
8880 W. SUNSET ROAD
LAS VEGAS NV 89148


JUSTIN GLADIUEX
C/O DIANE GLADIEUX (FORMERLY SONIC HOLD)
24430 HULL PRAIRIE ROAD
PERRYSBURG OH 43551


KATHY EIMERBRINK
C/O PROVIDENT TRUST GROUP LLC
3000 LAVA RIDGE COURT, SUITE 130
ROSEVILLE CA 95661


KATHY EIMERBRINK
C/O PROVIDENT TRUST GROUP
8880 W. SUNSET ROAD
LAS VEGAS NV 89148


KEN LY
C/O QUEST TRUST CO FBO KEN LY
17171 PARK ROW DR., #100
HOUSTON TX 77084


KERRY RITLAND
128 ORYX CIRCLE
BELGRADE MT 59714


KERRY RITLAND % KERRY RITLAND & FAITH
SZAFRANSKI LIVING TRUST DATED 9/30/2019
128 ORYX CIRCLE
BELGRADE MT 59714

Taradejna, Martin -


KEVIN BROWN
C/O CAMAPLAN
122 E. BUTLER AVE, #100
AMBLER PA 19002


KIRBY LANGLEY
1112 RIVER OAKS LANE
CHARLOTTE NC 28226


LIBERTY NATIONAL BANK
160 COLEMANS CROSSING
MARYSVILLE OH 43040


LIGHTSTREAM
P.O. BOX 849
WILSON NC 27894


LISE GODIN
C/O MILLENNIUM TRUST CO LLC
2001 SPRING ROAD, SUITE 700
OAK BROOK IL 60523


LIZ GIGER
C/O EQUITY TRUST CO
125 NE NIGHTSHADE AVE
LEES SUMMIT MO 64086


LYNDA MERCURIO
C/O MERCURY CAPITAL MGMT
44 HUDSON POINT LANE
OSSINING NY 10562


MARC AUSMAN
C/O ENTRUST GROUP
555 12TH ST, SUITE 1250
OAKLAND CA 94607


MARK BRENNAN
C/O PROVIDENT TRUST GROUP LLC
8880 W. SUNSET ROAD, SUITE 250
LAS VEGAS NV 89148

MARTI LITCHMAN
C/O MARTHA LINDA LITCHMAN
3755 CESAR CHAVEZ ST
SAN FRANCISCO CA 94110


MATT FRANKLIN
C/O BRL RETIREMENT TRUST
1235 SW FREEMAN ST.
PORTLAND OR 97219


MICHAEL SABERNIAK
E4021 E. LOUDS SPUR ROAD
CHATHAM MI 49816


MICHIGAN BUSINESS CONNECTION
2200 COMMONWEALTH
SUITE 200
ANN ARBOR MI 48105


MIKE AND JULIE GILLESPIE
15323 SE 251ST STREET
KENT WA 98042


MINNA FOLKMAN
C/O FOLKMAN LIVING TRUST
927 LAKE STREET
SAN FRANCISCO CA 94118


MONISHA NABAR
C/O NVN INVESTMENTS LLC
991 TURNSTONE ROAD
CARLSBAD CA 92011


MONISHA NABAR
C/O CODY OPPORTUNITY FUND II
991 TURNSTONE ROAD
CARLSBAD CA 92011


NAVEED QURESHI
2636 SPYGLASS DRIVE
BRENTWOOD CA 94513

Taradejna, Martin -


NICK MANGANARO
505 E. LANCASTER AVE, APT. 207
ST. DAVIDS PA 19087


NICKHIL NABAR
991 TURNSTONE ROAD
CARLSBAD CA 92011


OLD NATIONAL BANK
1 MAIN ST
EVANSVILLE IN 47708


PHIL YAN
C/O CAMA SDIRA LLC FABO CAROLINA YAN IRA
122 E. BUTLER AVE, SUITE 100
AMBLER PA 19002


PHIL YAN
295 E. SWEDESFORD RD, #186
WAYNE PA 19087


PLATFORM II LAWNDALE LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062-1258


PLATFORM II-LAWNDALE, LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


PLATFORM II-SUPERIOR, LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


PLATFORM II-WISCONSIN LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062

Taradejna, Martin -


PLATFORM II-WISCONSIN, LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


PLATFORM III-LANSING, LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


PLATFORM III-THIRD, LLC
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


RACHEL N. SHARPE
402 E. BERRIDGE LANE
PHOENIX AZ 85012


REENA MITTAL
C/O CODA OPPORTUNITY FUND II
5123 SEAGROVE COVE
SAN DIEGO CA 92130


RICHARD BANACH
THREE WINDLE PARK, APT. 3
TARRYTOWN NY 10591


RICK DAVIS
C/O RICHARD DAVIS
654 MORENO ROAD
NARBERTH PA 19072


RICK RIEHM
C/O CR CAPITAL HOLDINGS
650 WAUKEGAN ROAD, UNIT 421
GLENVIEW IL 60025


RON BOROWSKI
C/O EQUITY TRUST COMPANY
12605 W. NORTH AVENUE, #208
BROOKFIELD WI 53005

RYAN REGAN
1327 PRAHSER AVE
STOCKTON CA 95209


RYDER MEEHAN
C/O ENTRUST GROUP
555 12TH STREET, SUITE 1250
OAKLAND CA 94607


SCOTT KRONE
600 WAUKEGAN ROAD, SUITE 129
NORTHBROOK IL 60062


STEVE LABUE
C/O BETHANY AND STEPHEN LABUE
3968 W. KING STREET
FRANKLIN IN 46131


STEVE MELERVEY
5012 DONNA ADRIVE
COPLAY PA 18037


STEVE PI
1094 HAPPY VALLEY AVENUE
SAN JOSE CA 95129


STEVEN SCHENIAN
500 AMERICAN DRIVE
FRANCIS CREEK WI 54214


TOBY PERRY AND CHRISTINA CHEN
C/O LIN 401K PLAN TRUST SCHWAB 8490-8349
940 GLENDOME CIRCLE
OAKLAND CA 94602


TONY LIN
C/O LIN 401K PLAN TRUST
263 MONTEVIDEO CIRCLE
FREMONT CA 94539

Taradejna, Martin -


TROY ZSOFKA
C/O CHIEF CHEEZE INVESTMENTS
353 WINDSOR ROAD
HILLSBOROUGH NH 03244