# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 7/10/2023
Case: 2:23–bk–04171–BKM     Form ID: van122     Total: 122

**Recipients of Notice of Electronic Filing:**
aty     THOMAS H. ALLEN     tallen@bkfirmaz.com

                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     MARTIN ANDREW TARADEJNA     8302 N. 21ST DRIVE, L206     PHOENIX, AZ 85021
tr     ERIC M. HALEY     PO BOX 13390     SCOTTSDALE, AZ 85267
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007–2650
17000633     American Express     P.O. Box 981535     El Paso TX 79998–1535
17000634     Amy Beaudry     1053 Mayfield     Glendale Heights IL 60139
17000635     Andrew Kabatchnick     c/o Kabatchnick Enterprise Holdings     18 Belmont St     White Plains NY 10605
17000636     Andrew Kabatchnick     c/o RHAK LLC     18 Belmont St     White Plains NY 10605
17000637     Anja Wehrmann and Chad Brey     27 Abbey St     San Francisco CA 94114
17000638     Arizona Department of Revenue     c/o AZ Atty Gen Tax, Bankr & Coll Sect     2005 North Central Avenue     Phoenix AZ 85004–1592
17000639     Art Zhang     c/o Kezhao Zhang     34420 Redgrave Place     Fremont CA 94555
17000640     Associated Bank     250 E. Wisconsin Ave     Milwaukee WI 53202
17000642     BLC Companies     15375 Barranca Parkway, Suite B–202     Irvine CA 92618
17000641     Ben Phillips     405 Clipper Street, Apt. 3     San Francisco CA 94114
17000643     Brian Ng     1707 15th Avenue     San Francisco CA 94122
17000644     Bronson Hill     c/o Bronson Hill EPSP 401k     780 Holliston Ave     Sunland CA 91040
17000650     CHIW Holding, LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000651     CHIW LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000645     Caroline Dellaway     c/o IRA Services     P.O. Box 3587     Albuquerque NM 87190
17000646     Caya Hefner     c/o Surycaya Hefner     2828 Bammel Lane, #905     Houston TX 77098
17000647     Chaneravy Thach     7174 Brae Court     Gurnee IL 60031
17000648     Chaneravy Thach     c/o Kinetic Property Solutions LLC     7174 Brae Court     Gurnee IL 60031
17000649     Chester and Wendy Lee     1630 31st Avenue     San Francisco CA 94122
17000652     Chris Van der Vaart     c/o Entrust Group     555 12th St., Suite 1250     Oakland CA 94607
17000653     Christi McCarthy     c/o George Capital Group LLC     24654 N. Lake Pleasant Parkway, #103833     Peoria AZ 85383
17000654     Coda Design + Build LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000655     Coda Holding II, LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000656     Coda Holding III, LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000657     Coda Holding IV, LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000658     Coda Holding, LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000659     Coda Management Group     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000660     Coda Oportunity Fund LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000661     Coda Opportunity Fund II LLC     600 Waukegan Rd. Suite 129     Northbrook IL 60062
17000662     Daniel Fullmer     c/o Coda Opportunity Fund II     12705 England St     Overland Park KS 66213
17000663     Daniel Fullmer     c/o Eleven Vales Investing LLC     12705 England St     Overland Park KS 66213
17000664     Dave Lin     3865 Suncrest Avenue     San Jose CA 95132
17000665     Dave Nickel     c/o Equity Trust Co     312 Rosewood Ave     Winnetka IL 60093
17000666     Dave Saxton     184 Lake Club Ct., #403     Charlottesville VA 22902
17000667     Don Eimerbrink     c/o Provident Trust Group LLC     6400 Canoga Ave, Suite 250     Woodland Hills CA 91367
17000668     Don Price     c/o Specialized IRA Services     P.O. Box 3857     Albuquerque NM 87110
17000669     Don Price     c/o Specialized Trust Group LLC     4545 S. Monaco St., House #131     Denver CO 80237
17000670     Doug Causey     c/o Wayne D. Causey     900 Riverside Road     Grifton NC 28530
17000671     Doug Prahst     c/o Coda Opportunity Fund II     967 Log Cabin Lane     Belgium WI 53004
17000673     Elan Financial Services     P.O. box 6335     Fargo ND 58125–6335
17000672     Elan Financial Services     P.O. box 6353     Fargo ND 58125–6353
17000674     Elizabeth Ly     c/o Quest Trust Co FBO Elizabeth Ly     17171 Park Row Dr., #100     Houston TX 77084
17000675     Eric Geyer     c/o NuView Trust Co fbo Eric Geyer IRA     280 S. Ronald Reagan Blvd., #200     Longwood FL 32750
17000676     Eric Knecht     % Carl Eric Knecht & Julie Rubens Beagle     1639 Wellington St     Oakland CA 94602
17000678     FF Homes LLC     2405 N. Sheffield, #14004     Chicago IL 60614
17000677     Feng Dai     262 Camphor Avenue     Fremont CA 94539
17000679     Gary Kimmelman     c/o Yragtraders LLC     4331 (A) Neil Road     Philadelphia PA 19115
17000680     Genisys Credit Union     2100 Executive Hills Drive     Auburn Hills MI 48326
17000681     Green Lake Fund     1416 El Centro St., #200     South Pasadena CA 91030
17000682     Guy Ferraiolo     722 4th St     Whitehall PA 18052
17000683     Hardy Hodges     48 Loma Linda Box 345     Ross CA 94957

| | | | | |
|---|---|---|---|---|
| 17000684 | Hardy Hodges | P.O. Box 345 | Ross CA 94957 | |
| 17000685 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia PA 19101–7346 |
| 17000686 | Iqbal Khan | c/o Mohammed Iqbal Khan | 257 W. Country Club Drive | Brentwood CA 94513 |
| 17000692 | JJ McCarthy | c/o Charkie Capital Group LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000693 | JJ McCarthy | c/o Yellow Ha Holdings, LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000691 | JJ McCarthy | c/o Yellow Hat Capital LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000687 | James Lehmann | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000688 | Jason Fahl | c/o Sonrise Property Group LLC | P.O. Box 31403 | Independence OH 44131 |
| 17000689 | Jaspreet Baveja | 1850 Lucille Lane | Pleasant Hill CA 94523 | |
| 17000690 | Jerry Chapman | 11558 Spicewood Parkway, #15 | Austin TX 78750 | |
| 17000694 | John Citrigno | c/o Cirius Pacific Fund, LLC | 1555 Grant Avenue | Novato CA 94945 |
| 17000695 | John Hager | c/o Limited Partner Opportunities LLC | 1519 Park Avenue SE | Cedar Rapids IA 52403 |
| 17000696 | Joseph Downs | c/o Coda Opportunity Fund II | 351 Conestoga Rd., Suite 207 | Wayne PA 19087 |
| 17000698 | Josh Eimerbrink | c/o Provident Trust Group | 8880 W. Sunset Road | Las Vegas NV 89148 |
| 17000697 | Josh Eimerbrink | c/o Provident Trust Group LLC | 3000 Lava Ridge Court, Suite 130 | Roseville CA 95661 |
| 17000699 | Justin Gladiuex | c/o Diane Gladieux (formerly Sonic Hold) | 24430 Hull Prairie Road | Perrysburg OH 43551 |
| 17000701 | Kathy Eimerbrink | c/o Provident Trust Group | 8880 W. Sunset Road | Las Vegas NV 89148 |
| 17000700 | Kathy Eimerbrink | c/o Provident Trust Group LLC | 3000 Lava Ridge Court, Suite 130 | Roseville CA 95661 |
| 17000702 | Ken Ly | c/o Quest Trust Co FBO Ken Ly | 17171 Park Row Dr., #100 | Houston TX 77084 |
| 17000703 | Kerry Ritland | 128 Oryx Circle | Belgrade MT 59714 | |
| 17000704 | Kerry Ritland % Kerry Ritland & Faith | Szafranski Living Trust dated 9/30/2019 | 128 Oryx Circle | Belgrade MT 59714 |
| 17000705 | Kevin Brown | c/o Camaplan | 122 E. Butler Ave, #100 | Ambler PA 19002 |
| 17000706 | Kirby Langley | 1112 River Oaks Lane | Charlotte NC 28226 | |
| 17000707 | Liberty National Bank | 160 Colemans Crossing | Marysville OH 43040 | |
| 17000708 | Lightstream | P.O. Box 849 | Wilson NC 27894 | |
| 17000709 | Lise Godin | c/o Millennium Trust Co LLC | 2001 Spring Road, Suite 700 | Oak Brook IL 60523 |
| 17000710 | Liz Giger | c/o Equity Trust Co | 125 NE Nightshade Ave | Lees Summit MO 64086 |
| 17000711 | Lynda Mercurio | c/o Mercury Capital Mgmt | 44 Hudson Point Lane | Ossining NY 10562 |
| 17000712 | Marc Ausman | c/o Entrust Group | 555 12th St, Suite 1250 | Oakland CA 94607 |
| 17000713 | Mark Brennan | c/o Provident Trust Group LLC | 8880 W. Sunset Road, Suite 250 | Las Vegas NV 89148 |
| 17000714 | Marti Litchman | c/o Martha Linda Litchman | 3755 Cesar Chavez St | San Francisco CA 94110 |
| 17000715 | Matt Franklin | c/o BRL Retirement Trust | 1235 SW Freeman St. | Portland OR 97219 |
| 17000716 | Michael Saberniak | E4021 E. Louds Spur Road | Chatham MI 49816 | |
| 17000717 | Michigan Business Connection | 2200 Commonwealth | Suite 200 | Ann Arbor MI 48105 |
| 17000718 | Mike and Julie Gillespie | 15323 SE 251st Street | Kent WA 98042 | |
| 17000719 | Minna Folkman | c/o Folkman Living Trust | 927 Lake Street | San Francisco CA 94118 |
| 17000721 | Monisha Nabar | c/o Cody Opportunity Fund II | 991 Turnstone Road | Carlsbad CA 92011 |
| 17000720 | Monisha Nabar | c/o NVN Investments LLC | 991 Turnstone Road | Carlsbad CA 92011 |
| 17000722 | Naveed Qureshi | 2636 Spyglass Drive | Brentwood CA 94513 | |
| 17000723 | Nick Manganaro | 505 E. Lancaster Ave, Apt. 207 | St. Davids PA 19087 | |
| 17000724 | Nickhil Nabar | 991 Turnstone Road | Carlsbad CA 92011 | |
| 17000725 | Old National Bank | 1 Main St | Evansville IN 47708 | |
| 17000727 | Phil Yan | 295 E. Swedesford Rd, #186 | Wayne PA 19087 | |
| 17000726 | Phil Yan | c/o Cama SDIRA LLC FABO Carolina Yan IRA | 122 E. Butler Ave, Suite 100 | Ambler PA 19002 |
| 17000728 | Platform II Lawndale LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062–1258 | |
| 17000729 | Platform II–Lawndale, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000730 | Platform II–Superior, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000731 | Platform II–Wisconsin LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000732 | Platform II–Wisconsin, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000733 | Platform III–Lansing, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000734 | Platform III–Third, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000735 | Rachel N. Sharpe | 402 E. Berridge Lane | Phoenix AZ 85012 | |
| 17000736 | Reena Mittal | c/o Coda Opportunity Fund II | 5123 Seagrove Cove | San Diego CA 92130 |
| 17000737 | Richard Banach | Three Windle Park, Apt. 3 | Tarrytown NY 10591 | |
| 17000738 | Rick Davis | c/o Richard Davis | 654 Moreno Road | Narberth PA 19072 |
| 17000739 | Rick Riehm | c/o CR Capital Holdings | 650 Waukegan Road, Unit 421 | Glenview IL 60025 |
| 17000740 | Ron Borowski | c/o Equity Trust Company | 12605 W. North Avenue, #208 | Brookfield WI 53005 |
| 17000741 | Ryan Regan | 1327 Prahser Ave | Stockton CA 95209 | |
| 17000742 | Ryder Meehan | c/o Entrust Group | 555 12th Street, Suite 1250 | Oakland CA 94607 |
| 17000743 | Scott Krone | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000744 | Steve LaBue | c/o Bethany and Stephen LaBue | 3968 W. King Street | Franklin IN 46131 |
| 17000745 | Steve Melervey | 5012 Donna ADrive | Coplay PA 18037 | |
| 17000746 | Steve Pi | 1094 Happy Valley Avenue | San Jose CA 95129 | |
| 17000747 | Steven Schenian | 500 American Drive | Francis Creek WI 54214 | |
| 17000748 | Toby Perry and Christina Chen | c/o Lin 401k Plan Trust Schwab 8490–8349 | 940 Glendome Circle | Oakland CA 94602 |

| | | | | |
|---|---|---|---|---|
| 17000749 | Tony Lin | c/o Lin 401k Plan Trust | 263 Montevideo CIrcle | Fremont CA 94539 |
| 17000750 | Troy Zsofka | c/o Chief Cheeze Investments | 353 Windsor Road | Hillsborough NH 03244 |

TOTAL: 121