# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 11/16/2023
Case: 2:23−bk−04171−BKM     Form ID: 318     Total: 127

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Helen K. Santilli | Helen.Santilli@Lane−Nach.com |
| aty | SCOTT B. COHEN | sbc@eblawyers.com |
| aty | STUART BRADLEY RODGERS | stuart.rodgers@lane−nach.com |
| aty | THOMAS H. ALLEN | tallen@bkfirmaz.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | MARTIN ANDREW TARADEJNA | 8302 N. 21ST DRIVE, L206 | PHOENIX, AZ 85021 |
| tr | ERIC M. HALEY | PO BOX 13390 | SCOTTSDALE, AZ 85267 |
| intp | Coda Management Group | c/o Engelman Berger, P.C. 2800 N. Central Ave, Ste 1200 | Phoenix, AZ 85004 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007−2650 |
| 17000633 | American Express | P.O. Box 981535 | El Paso TX 79998−1535 |
| 17000634 | Amy Beaudry | 1053 Mayfield | Glendale Heights IL 60139 |
| 17000635 | Andrew Kabatchnick | c/o Kabatchnick Enterprise Holdings 18 Belmont St | White Plains NY 10605 |
| 17000636 | Andrew Kabatchnick | c/o RHAK LLC 18 Belmont St | White Plains NY 10605 |
| 17000637 | Anja Wehrmann and Chad Brey | 27 Abbey St | San Francisco CA 94114 |
| 17000638 | Arizona Department of Revenue | c/o AZ Atty Gen Tax, Bankr & Coll Sect 2005 North Central Avenue | Phoenix AZ 85004−1592 |
| 17000639 | Art Zhang | c/o Kezhao Zhang 34420 Redgrave Place | Fremont CA 94555 |
| 17000640 | Associated Bank | 250 E. Wisconsin Ave | Milwaukee WI 53202 |
| 17000642 | BLC Companies | 15375 Barranca Parkway, Suite B−202 | Irvine CA 92618 |
| 17000641 | Ben Phillips | 405 Clipper Street, Apt. 3 | San Francisco CA 94114 |
| 17000643 | Brian Ng | 1707 15th Avenue | San Francisco CA 94122 |
| 17000644 | Bronson Hill | c/o Bronson Hill EPSP 401k 780 Holliston Ave | Sunland CA 91040 |
| 17000650 | CHIW Holding, LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000651 | CHIW LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000645 | Caroline Dellaway | c/o IRA Services P.O. Box 3587 | Albuquerque NM 87190 |
| 17000646 | Caya Hefner | c/o Surycaya Hefner 2828 Bammel Lane, #905 | Houston TX 77098 |
| 17000647 | Chaneravy Thach | 7174 Brae Court | Gurnee IL 60031 |
| 17000648 | Chaneravy Thach | c/o Kinetic Property Solutions LLC 7174 Brae Court | Gurnee IL 60031 |
| 17000649 | Chester and Wendy Lee | 1630 31st Avenue | San Francisco CA 94122 |
| 17000652 | Chris Van der Vaart | c/o Entrust Group 555 12th St., Suite 1250 | Oakland CA 94607 |
| 17000653 | Christi McCarthy | c/o George Capital Group LLC 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000654 | Coda Design + Build LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000655 | Coda Holding II, LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000656 | Coda Holding III, LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000657 | Coda Holding IV, LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000658 | Coda Holding, LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000659 | Coda Management Group | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000660 | Coda Oportunity Fund LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000661 | Coda Opportunity Fund II LLC | 600 Waukegan Rd. Suite 129 | Northbrook IL 60062 |
| 17000662 | Daniel Fullmer | c/o Coda Opportunity Fund II 12705 England St | Overland Park KS 66213 |
| 17000663 | Daniel Fullmer | c/o Eleven Vales Investing LLC 12705 England St | Overland Park KS 66213 |
| 17000664 | Dave Lin | 3865 Suncrest Avenue | San Jose CA 95132 |
| 17000665 | Dave Nickel | c/o Equity Trust Co 312 Rosewood Ave | Winnetka IL 60093 |
| 17000666 | Dave Saxton | 184 Lake Club Ct., #403 | Charlottesville VA 22902 |
| 17000667 | Don Eimerbrink | c/o Provident Trust Group LLC 6400 Canoga Ave, Suite 250 | Woodland Hills CA 91367 |
| 17000668 | Don Price | c/o Specialized IRA Services P.O. Box 3857 | Albuquerque NM 87110 |
| 17000669 | Don Price | c/o Specialized Trust Group LLC 4545 S. Monaco St., House #131 | Denver CO 80237 |
| 17000670 | Doug Causey | c/o Wayne D. Causey 900 Riverside Road | Grifton NC 28530 |
| 17000671 | Doug Prahst | c/o Coda Opportunity Fund II 967 Log Cabin Lane | Belgium WI 53004 |
| 17000673 | Elan Financial Services | P.O. box 6335 | Fargo ND 58125−6335 |
| 17000672 | Elan Financial Services | P.O. box 6353 | Fargo ND 58125−6353 |
| 17000674 | Elizabeth Ly | c/o Quest Trust Co FBO Elizabeth Ly 17171 Park Row Dr., #100 | Houston TX 77084 |
| 17000675 | Eric Geyer | c/o NuView Trust Co fbo Eric Geyer IRA 280 S. Ronald Reagan Blvd., #200 | Longwood FL 32750 |
| 17000676 | Eric Knecht | % Carl Eric Knecht & Julie Rubens Beagle 1639 Wellington St | Oakland CA 94602 |
| 17000678 | FF Homes LLC | 2405 N. Sheffield, #14004 | Chicago IL 60614 |
| 17000677 | Feng Dai | 262 Camphor Avenue | Fremont CA 94539 |

| | | | | |
|---|---|---|---|---|
| 17000679 | Gary Kimmelman | c/o Yragtraders LLC | 4331 (A) Neil Road | Philadelphia PA 19115 |
| 17000680 | Genisys Credit Union | 2100 Executive Hills Drive | Auburn Hills MI 48326 | |
| 17000681 | Green Lake Fund | 1416 El Centro St., #200 | South Pasadena CA 91030 | |
| 17000682 | Guy Ferraiolo | 722 4th St | Whitehall PA 18052 | |
| 17000683 | Hardy Hodges | 48 Loma Linda Box 345 | Ross CA 94957 | |
| 17000684 | Hardy Hodges | P.O. Box 345 | Ross CA 94957 | |
| 17000685 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia PA 19101–7346 |
| 17000686 | Iqbal Khan | c/o Mohammed Iqbal Khan | 257 W. Country Club Drive | Brentwood CA 94513 |
| 17000692 | JJ McCarthy | c/o Charkie Capital Group LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000693 | JJ McCarthy | c/o Yellow Ha Holdings, LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000691 | JJ McCarthy | c/o Yellow Hat Capital LLC | 24654 N. Lake Pleasant Parkway, #103833 | Peoria AZ 85383 |
| 17000687 | James Lehmann | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000688 | Jason Fahl | c/o Sonrise Property Group LLC | P.O. Box 31403 | Independence OH 44131 |
| 17000689 | Jaspreet Baveja | 514 Osborn Lane | Pleasant Hill CA 94523 | |
| 17000690 | Jerry Chapman | 11558 Spicewood Parkway, #15 | Austin TX 78750 | |
| 17000694 | John Citrigno | c/o Cirius Pacific Fund, LLC | 1555 Grant Avenue | Novato CA 94945 |
| 17000695 | John Hager | c/o Limited Partner Opportunities LLC | 1519 Park Avenue SE | Cedar Rapids IA 52403 |
| 17000696 | Joseph Downs | c/o Coda Opportunity Fund II | 351 Conestoga Rd., Suite 207 | Wayne PA 19087 |
| 17000698 | Josh Eimerbrink | c/o Provident Trust Group | 8880 W. Sunset Road | Las Vegas NV 89148 |
| 17000697 | Josh Eimerbrink | c/o Provident Trust Group LLC | 3000 Lava Ridge Court, Suite 130 | Roseville CA 95661 |
| 17000699 | Justin Gladiuex | c/o Diane Gladieux (formerly Sonic Hold) | 24430 Hull Prairie Road | Perrysburg OH 43551 |
| 17000701 | Kathy Eimerbrink | c/o Provident Trust Group | 8880 W. Sunset Road | Las Vegas NV 89148 |
| 17000700 | Kathy Eimerbrink | c/o Provident Trust Group LLC | 3000 Lava Ridge Court, Suite 130 | Roseville CA 95661 |
| 17000702 | Ken Ly | c/o Quest Trust Co FBO Ken Ly | 17171 Park Row Dr., #100 | Houston TX 77084 |
| 17000703 | Kerry Ritland | 128 Oryx Circle | Belgrade MT 59714 | |
| 17000704 | Kerry Ritland % Kerry Ritland & Faith | Szafranski Living Trust dated 9/30/2019 | 128 Oryx Circle | Belgrade MT 59714 |
| 17000705 | Kevin Brown | c/o Camaplan | 122 E. Butler Ave, #100 | Ambler PA 19002 |
| 17000706 | Kirby Langley | 1112 River Oaks Lane | Charlotte NC 28226 | |
| 17000707 | Liberty National Bank | 160 Colemans Crossing | Marysville OH 43040 | |
| 17000708 | Lightstream | P.O. Box 849 | Wilson NC 27894 | |
| 17000709 | Lise Godin | c/o Millennium Trust Co LLC | 2001 Spring Road, Suite 700 | Oak Brook IL 60523 |
| 17000710 | Liz Giger | c/o Equity Trust Co | 125 NE Nightshade Ave | Lees Summit MO 64086 |
| 17000711 | Lynda Mercurio | c/o Mercury Capital Mgmt | 44 Hudson Point Lane | Ossining NY 10562 |
| 17000712 | Marc Ausman | c/o Entrust Group | 555 12th St, Suite 1250 | Oakland CA 94607 |
| 17000713 | Mark Brennan | c/o Provident Trust Group LLC | 8880 W. Sunset Road, Suite 250 | Las Vegas NV 89148 |
| 17000714 | Marti Litchman | c/o Martha Linda Litchman | 3755 Cesar Chavez St | San Francisco CA 94110 |
| 17000715 | Matt Franklin | c/o BRL Retirement Trust | 1235 SW Freeman St. | Portland OR 97219 |
| 17019316 | Mercury Capital Management, LLC | c/o Lynda Mercurio | 4462 Fringetree Drive | Murrells Inlet, SC 29576 |
| 17000716 | Michael Saberniak | E4021 E. Louds Spur Road | Chatham MI 49816 | |
| 17000717 | Michigan Business Connection | 2200 Commonwealth | Suite 200 | Ann Arbor MI 48105 |
| 17000718 | Mike and Julie Gillespie | 15323 SE 251st Street | Kent WA 98042 | |
| 17000719 | Minna Folkman | c/o Folkman Living Trust | 927 Lake Street | San Francisco CA 94118 |
| 17000721 | Monisha Nabar | c/o Cody Opportunity Fund II | 991 Turnstone Road | Carlsbad CA 92011 |
| 17000720 | Monisha Nabar | c/o NVN Investments LLC | 991 Turnstone Road | Carlsbad CA 92011 |
| 17000722 | Naveed Qureshi | 2636 Spyglass Drive | Brentwood CA 94513 | |
| 17000723 | Nick Manganaro | 505 E. Lancaster Ave, Apt. 207 | St. Davids PA 19087 | |
| 17000724 | Nickhil Nabar | 991 Turnstone Road | Carlsbad CA 92011 | |
| 17000725 | Old National Bank | 1 Main St | Evansville IN 47708 | |
| 17000727 | Phil Yan | 295 E. Swedesford Rd, #186 | Wayne PA 19087 | |
| 17000726 | Phil Yan | c/o Cama SDIRA LLC FABO Carolina Yan IRA | 122 E. Butler Ave, Suite 100 | Ambler PA 19002 |
| 17000728 | Platform II Lawndale LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062–1258 | |
| 17000729 | Platform II–Lawndale, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000730 | Platform II–Superior, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000731 | Platform II–Wisconsin LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000732 | Platform II–Wisconsin, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000733 | Platform III–Lansing, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000734 | Platform III–Third, LLC | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000735 | Rachel N. Sharpe | 402 E. Berridge Lane | Phoenix AZ 85012 | |
| 17000736 | Reena Mittal | c/o Coda Opportunity Fund II | 5123 Seagrove Cove | San Diego CA 92130 |
| 17000737 | Richard Banach | Three Windle Park, Apt. 3 | Tarrytown NY 10591 | |
| 17000738 | Rick Davis | c/o Richard Davis | 654 Moreno Road | Narberth PA 19072 |
| 17000739 | Rick Riehm | c/o CR Capital Holdings | 650 Waukegan Road, Unit 421 | Glenview IL 60025 |
| 17000740 | Ron Borowski | c/o Equity Trust Company | 12605 W. North Avenue, #208 | Brookfield WI 53005 |
| 17000741 | Ryan Regan | 1327 Prahser Ave | Stockton CA 95209 | |
| 17000742 | Ryder Meehan | c/o Entrust Group | 555 12th Street, Suite 1250 | Oakland CA 94607 |

| | | | | |
|---|---|---|---|---|
| 17000743 | Scott Krone | 600 Waukegan Road, Suite 129 | Northbrook IL 60062 | |
| 17000744 | Steve LaBue | c/o Bethany and Stephen LaBue | 3968 W. King Street | Franklin IN 46131 |
| 17000745 | Steve Melervey | 5012 Donna ADrive | Coplay PA 18037 | |
| 17000746 | Steve Pi | 1094 Happy Valley Avenue | San Jose CA 95129 | |
| 17000747 | Steven Schenian | 500 American Drive | Francis Creek WI 54214 | |
| 17000748 | Toby Perry and Christina Chen | c/o Lin 401k Plan Trust Schwab 8490–8349 | 940 Glendome Circle | Oakland CA 94602 |
| 17000749 | Tony Lin | c/o Lin 401k Plan Trust | 263 Montevideo CIrcle | Fremont CA 94539 |
| 17000750 | Troy Zsofka | c/o Chief Cheeze Investments | 353 Windsor Road | Hillsborough NH 03244 |

TOTAL: 123