**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli – 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Eric M. Haley, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | **NOTICE OF RESCHEDULED FRBP 2004 EXAMINATION AND CERTIFICATE OF SERVICE** |

**YOU ARE HEREBY NOTIFIED** that the examinations of the custodian of records of Coda Holding III LLC, Platform III – Lansing, LLC aka One Stop Self Storage Lansing LLC, Coda Holding LLC, Coda Holding II LLC, Coda Holding III LLC, CHIW Series I, Platform II Superior LLC, Platform II Wisconsin LLC, and Platform III – Third LLC (collectively, "**Entities**") will be taken concurrently pursuant to Fed.R.Bankr.P. 2004.

The exam will be telephonic and will be held on **January 8, 2024** at the hour of **2:00 p.m.** (MST). The custodian of records and his counsel shall initiate a call to Trustee's attorney by calling 602-247-8590 and entering PIN 223#.

DATED: January 2, 2024

             **LANE & NACH, P.C.**

             By: /s/ *Helen K. Santilli - 032441*
                Stuart B. Rodgers
                Helen K. Santilli
                *Attorneys for Trustee*

COPY of the foregoing delivered
via first-class pre-paid mail/*electronic notification to:

| | |
|---|---|
| Coda Holding III LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Coda Holding III LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Platform III - Third LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Platform III - Third LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Coda Holding II LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Coda Holding II LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Platform II Wisconsin LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Platform II Wisconsin LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Coda Holding LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Coda Holding LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Platform II Superior LLC<br>Scott Krone<br>James Lehmann<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Platform II Superior LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| CHIW Series I (a partnership and/or dba CHIW LLC)<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | CHIW Series I (a partnership and/or dba CHIW LLC)<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200<br>Chicago, IL 60601 |
| Platform III – Lansing, LLC aka One Stop Self Storage Lansing LLC<br>Coda Holdings IV<br>600 Waukegan Road, Suite 129<br>Northbrook, IL 60062 | Maven Property Holdings<br>791 Harcourt<br>Grosse Point, MI 48230 |
| Platform III – Lansing, LLC aka One Stop Self Storage Lansing LLC<br>c/o Levin Ginsburg<br>180 N. La Salle Street, Ste. 3200 | *Thomas H. Allen<br>Allen, Jones & Giles, PLC<br>1850 N. Central Ave., Ste. 1150<br>Phoenix, AZ 85004 |

| | |
|---|---|
| Chicago, IL 60601 | Email: tallen@bkfirmaz.com<br>*Attorneys for Debtor* |
| *Office of U.S. Trustee<br>230 North First Avenue<br>Phoenix, AZ 85003<br>Email: Jennifer.A.Giaimo@usdoj.gov<br>Email: ustpregion14.px.ecf@usdoj.gov | *Coda Management Group<br>c/o Engelman Berger, P.C.<br>Scott Cohen<br>2800 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004<br>Email: sbc@eblawyers.com<br>*Counsel for Coda Management Group* |

By: */s/ Aimee Bourassa*