**NACH, RODGERS, HILKERT & SANTILLI**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@NRHSlaw.com
         Docket@NRHSLaw.com

*Attorneys for Eric M. Haley, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | **MOTION TO APPROVE SUBSTITUTION OF COUNSEL AND APPLICATION TO EMPLOY NEW COUNSEL FOR CHAPTER 7 TRUSTEE** |

Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, Eric M. Haley, the duly appointed Chapter 7 bankruptcy trustee herein ("**Trustee**") and Nach, Rodgers, Hilkert & Santilli ("**NRHS**") hereby file this *Motion to Approve Substitution of Counsel and Application to Employ New Counsel for Chapter 7 Trustee* (the "**Motion**"). The Motion requests the entry of an Order: (1) substituting NRHS as counsel for Trustee in place and instead of Lane & Nach, P.C.; and (2) approving the employment of NRHS as attorneys for Trustee in the above captioned matter. NRHS is to be substituted as counsel of record for Trustee of this bankruptcy estate in all matters before this Court in this case and any associated proceeding(s).

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. This case was commenced by a voluntary Petition filed by Marin Andrew Taradejna ("**Debtor**") under Chapter 7 of Title 11 of the United States Code on June 22, 2023 ("**Petition Date**").

2. Eric M. Haley is the duly appointed and acting trustee of Debtor's Chapter 7 bankruptcy estate (the "**Estate**").

3. Trustee wishes to substitute NRHS as Trustee's attorney to represent Trustee in this

matter effective as of the date of this filing. Attorneys at NRHS include Adam B. Nach, Stuart B. Rodgers, Paul M. Hilkert, Helen K. Santilli, Gregory Grandmont and Tyler Bowman (collectively, "**Counsel**"), all of which regularly represent Chapter 7 Trustees.

4. Trustee believes that Counsel and NRHS are qualified to represent Trustee in this case.

5. NRHS will provide professional services to Trustee and the Estate.

6. The professional services NRHS is to provide includes but may not be limited to:

    a. Advising and consulting with Trustee concerning issues arising in the conduct of the administration of the Estate and concerning Trustee's rights and remedies with regard to the Estate's assets and the claims of secured andunsecured creditors and other parties in interest.

    b. Appearing for, prosecuting, defending and representing the Estate's interest in suits arising in or related to this case.

    c. Investigating and prosecuting actions arising under Trustee's avoidance powers.

    d. Assisting in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this Estate.

    e. Consulting with and advising Trustee in connection with the operation of or the termination of the operation of the business of Debtor.

    f. Performing all other legal services for Trustee as required and as necessary in this case.

7. For the foregoing reason and all other necessary and proper purposes, Trustee desires to substitute and retain generally NRHS as counsel for Trustee.

8. Because NRHS practices in bankruptcy corporate reorganization, trustee and debtor/creditor matters, and because of its experience in those fields, Trustee asserts that NRHS is well qualified to render the foregoing services.

9. Based upon the Declaration attached hereto, Trustee believes that NRHS does not hold or represent any interest adverse to that of Trustee, or the Estate and that NRHS is a disinterested entity within the meaning of 11 U.S.C. § 101(14).

10. Trustee is informed that the normal billing rates of NRHS at this time are as follows:

    a. Lawyers:        $575 - $305 per hour

    b. Paralegals:      $230 - $35 per hour

11. It is contemplated that NRHS will seek compensation based upon its standard hourly billing rates. It is further contemplated that NRHS will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

12. The employment of NRHS is in the best interest of the estate.

WHEREFORE, Trustee and NRHS respectfully request an order of this Court authorizing and approving the substitution of NRHS, in place and instead of Lane & Nach, P.C., and the employment of NRHS on the terms specified hereinbefore to represent Trustee in this case, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow upon future application.

RESPECTFULLY SUBMITTED this 12th day of February, 2025.

**NACH, RODGERS, HILKERT & SANTILLI**

By: /s/ Stuart B. Rodgers
Stuart B. Rodgers
*Attorney for Trustee*

**CHAPTER 7 TRUSTEE**

By: /s/ Eric M. Haley
Eric M. Haley
*Trustee*

**Approved as to form and content:**
**LANE & NACH, P.C.**

By: /s/ Adam B. Nach
Adam B. Nach

COPY of the foregoing mailed/emailed:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov
Email: Jennifer.A.Giaimo@usdoj.gov

Thomas H. Allen
Allen, Jones & Giles, PLC
1850 N. Central Avenue, Ste 1025
Phoenix, AZ 85004
Email: tallen@bkfirmaz.com

Martin Andrew Taradejna
8302 N. 21st Drive, L206
Phoenix, AZ 85021

By /s/ Danica Acosta

## DECLARATION OF STUART B. RODGERS

I, Stuart B. Rodgers, declare:

A. I am an attorney duly admitted to practice before all courts of the State of Arizona, as well as this Court and the Court of Appeals for the Ninth Circuit and the United States Supreme Court.

B. I am a member of Nach, Rodgers, Hilkert & Santilli ("**Firm**") the law firm that the Case Trustee is seeking to employ generally by the Application to which this Declaration is attached. I am a certified specialist in the practice of Bankruptcy Law. All of the members and associates of this law firm are admitted to practice in this state and before this Court.

C. The attorneys employed by law Firm. have extensive experience in bankruptcy, insolvency, corporate reorganization and debtor/creditor law. The firm is well qualified to represent the Case Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed Application.

D. Firm and its members do not hold any interest or connections to this estate, adverse or otherwise, or with the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the Case Trustee, or any person employed in the Office of the United States Trustee; and, said law firm is a disinterested entity as defined in 11 U.S.C. §101(14); except that Stuart B. Rodgers is the owner of Phoenix Noticing Services, LLC, which company might be requested by the Trustee for printing/mailing. Trustee has utilized such services in the past. Phoenix Noticing Services, LLC provides printing and mailing to the Trustees for those items that used to be mailed out by BNC on behalf of the Trustees (primarily the Trustee's Notice of Final Reports) which are outside of normal legal services and beyond the scope of counsel. The costs/rates charged are competitive with similar services and are provided as an accommodation to the Trustees who must accommodate a large volume of mailings. It is unknown if the Trustee will utilize Phoenix Noticing Services, LLC at this time, but the disclosure is made for information purposes only.

.E. The members and associates of Firm were employees of Trustee's prior counsel, Lane & Nach, P.C.

F. Lane & Nach, P.C., Trustee's former counsel, is owed fees and costs for this case. Stuart B. Rodgers, Paul M. Hilkert, and Helen K. Santilli were former employees of Lane & Nach, P.C. and are

the current owners of Firm. Mr. Rodgers, Mr. Hilkert, and Mrs. Santilli are owed a percentage of the fees and costs owed to Lane & Nach, P.C.

  G.  Other than disclosed above, neither undersigned nor Firm shared or agreed to share compensation in this case with anyone except as professional fees are normally divided among members of Firm.

  I declare under penalty of perjury that the foregoing is true and correct.

  DATED: February 13, 2025.

             _____/s/ Stuart B. Rodgers_____
               Stuart B. Rodgers