**NACH, RODGERS, HILKERT & SANTILLI**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@NRHSlaw.com
　　　　Docket@NRHSLaw.com

OF COUNSEL
TERRY A. DAKE, LTD.
P.O, Box 26945
Phoenix, AZ 85068-6945
Telephone No.: 602-710-1005
Terry A. Dake, SBA 009656
Email: tdake@cox.net

*Attorneys Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| MARTIN ANDREW TARADEJNA; | No. 2:23-bk-04171-BKM |
| Debtor. | **SUPPLEMENTAL DISCLOSURE OF COUNSEL FOR THE TRUSTEE** |

Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, notice is provided hereby that Terry A. Dake, Ltd. ("TAD") has an of counsel agreement with Nach, Rodgers, Hilkert & Santilli ("**NRHS**"). TAD will provide services in this case as of counsel to NRHS pursuant to that agreement. TAD will be compensated by NRHS for the services provided by TAD from the compensation allowed to NRHS pursuant to fee applications filed by NRHS in this case. The services provided by TAD will be accounted for on billing statements rendered by TAD and will be included in the fee applications filed by NRHS. No separate fee application of TAD will be filed in this case. The trustee has been advised of and has consented to my involvement as of counsel in this case.

Dated: February 22, 2025.

**NACH, RODGERS, HILKERT & SANTILLI**

By: /s/ Terry A. Dake
Of Counsel
Terry A. Dake, Ltd.
*Attorney for Trustee*