**NACH, RODGERS, HILKERT & SANTILLI**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers – 025720
Email: stuart.rodgers@nrhslaw.com

Attorneys for Eric M. Haley, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS FOR |
| | Lane & Nach, P.C., and<br>Nach, Rodgers, Hilkert & Santilli |

I.      *GENERAL INFORMATION*.

        Nach, Rodgers, Hilkert & Santilli, (hereinafter "**NRHS**" or "**Attorney**"), counsel for Eric M. Haley, Chapter 7 Trustee in the above-captioned case (hereinafter "**Trustee**") makes its Final Application for Payment of Attorneys' Fees and Costs for Lane & Nach, P.C. ("**Lane & Nach**" or "**Attorney**") and NRHS ("**Application**").  In support of its Application, Attorney submits its billing statements for Lane & Nach for the period of July 12, 2023 through January 9, 2025 and billing statement for NRHS for the period of February 13, 2025 through May 9, 2025, which are attached hereto and incorporated herein.  In further support of its Application, Attorney respectfully represents as follows:

II.      *NARRATIVE SUMMARY*.

        A.      Background.

                1.  This case was commenced by voluntary petition filed under Chapter 7 on June 22, 2023.  Thereafter, Eric M. Haley was appointed Trustee.

                2.  Lane & Nach's employment as counsel for the Trustee was approved by Order

of this Court dated July 12, 2023.

3. On February 13, 2025, NRHS filed a Motion to Substitute Attorney and Employ New Counsel for Trustee and the Order was signed on February 13, 2025.

4. LN has expended in excess of 64.20 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time services were rendered, as detailed herein, Attorney's fees total $21,103.00. Attorney has voluntarily reduced its fees to balance with an efficient administration. Attorney has incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $746.75. The blended hourly rate is $430.00. The total amount sought by Attorney is as follows:

| Total Fees | $21,103.00 |
|---|---|
| Less Reduction | -8,775.68 |
| Fees Requested | $12,327.32 |
| Total Costs | $746.75 |
| Total | $13,074.07 |

5. NRHS has expended in excess of 7.10 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time services were rendered, as detailed herein, Attorney's fees total $2,863.00. Attorney has voluntarily reduced its fees to balance with an efficient administration. Attorney has incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $253.50. The blended hourly rate is $456.66. The total amount sought by Attorney is as follows:

| Total Fees | $2,863.00 |
|---|---|
| Less Reduction | -1,190.57 |
| Fees Requested | $1,672.43 |
| Total Costs | $253.50 |
| Total | $1,925.93 |

6. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's Order Authorizing Trustee to Employ Attorney, and the Guidelines of the Office of the U.S. Trustee for the District of

Case 2:23-bk-04171-BKM    Doc 90    Filed 05/12/25    Entered 05/12/25 14:17:19    Desc
Main Document      Page 2 of 23

Arizona.

7. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the Estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the Estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

8. The names of all of L&N's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience in Phoenix, Arizona.

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| Partner | Stuart B. Rodgers (SBR/Partner) | $430-$395 | 2007 |
| Associate | Helen K. Santilli (HKS/Associate) | $305-$340 | 2015 |
| Associate | Tyler Bowman (TB/Associate) | $230 | 2024 |
| Paralegal | Danica Acosta (DA/Paralegal) | $140 | N/A |
| Paralegal | Aimee Bourassa (AB/Paralegal) | $170 | N/A |

9. The names of all of NRHS's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience in Phoenix, Arizona.

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| Partner | Stuart B. Rodgers (SBR/Partner) | $500 | 2007 |
| Partner | Helen K. Santilli (HKS/Partner) | $420 | 2015 |
| Of Counsel | Terry Dake (TAD/Of Counsel) | $450 | 1984 |
| Paralegal | Danica Acosta (DA/Paralegal) | $150 | N/A |

10. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. <u>Case Status</u>.

1.  To the best of Attorney's information and belief, the approximate cash on hand for this bankruptcy estate is expected to be $34,120.80

2.  Attorney is not aware of any other requests for compensation pending before this Court.  To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3.  To the best of Attorney's information, there are no encumbered funds in the Estate.

4.  Trustee anticipates that the Notice of Proposed Distribution should be submitted no sooner than September, 2025.

C.  <u>Project Summary</u>.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the Estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project for Lane & Nach.

1.  <u>Case Administration</u>.  As more fully set forth in **Exhibit "A"** Attorney has performed professional services with respect to the general administration of this bankruptcy Estate.  Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case.    In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Stuart B. Rodgers | $430-$395 | 1.60 | $667.00 |
| **Associate** | Helen K. Santilli | $305-$340 | 0.30 | $102.00 |
| **Paralegal** | Aimee Bourassa | $170 | 0.10 | $17.00 |
| **TOTAL** | | | | $786.00 |

2.  <u>Employment and Payment of Professionals</u>.  As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the employment and payment of professionals.  In connection with this subject area,  the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Stuart B. Rodgers | $430-$395 | 0.30 | $118.50 |

4

| Paralegal | Danica Acosta | $140 | 0.50 | $70.00 |
| TOTAL | | | | $188.50 |

3.    <u>Asset Analysis & Disposition</u>.  As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the analysis and disposition of Estate assets.  Attorney researched the validity of the Debtor's claimed exemptions.  Attorney reviewed multiple documents pursuant to several 2004's and filed a complaint against Coda Design & Build, LLC.  In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| Partner | Stuart B. Rodgers | $430-$395 | 12.50 | $4,955.00 |
| Associate | Helen K. Santilli | $305-$340 | 43.20 | $14,180.50 |
| Associate | Tyler N. Bowman | $230 | 0.40 | $92.00 |
| Paralegal | Aimee Bourassa | $170 | 5.30 | $901.00 |
| TOTAL | | | | $20,128.50 |

As more fully detailed on **Exhibit "A",** the costs for which Attorney seeks reimbursement total $746.75.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the Estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project for NRHS.

4.    <u>Case Administration</u>.  As more fully set forth in **Exhibit "B"** Attorney has performed professional services with respect to the general administration of this bankruptcy Estate.  Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case.    In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| Partner | Stuart B. Rodgers | $500 | 0.40 | $200.00 |
| Of Counsel | Terry Dake | $450 | 0.30 | $135.00 |
| TOTAL | | | | $335.00 |

5.    <u>Employment and Payment of Professionals</u>.  As more fully set forth in Exhibit "B", Attorney has performed professional services with respect to the employment and

payment of professionals. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Stuart B. Rodgers | $500 | 1.00 | $500.00 |
| **Paralegal** | Danica Acosta | $150 | 1.30 | $195.00 |
| **TOTAL** | | | | $695.00 |

6.    Asset Analysis & Disposition.  As more fully set forth in Exhibit "B", Attorney has performed professional services with respect to the analysis and disposition of Estate assets.  Attorney assisted the Trustee with collection of the funds and case windup issues. Attorney continued to pursue discovery and evaluate adversarial claims pertaining to the Estate's business interests. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Helen Santilli | $420 | 0.40 | $168.00 |
| **Of Counsel** | Terry Dake | $450 | 3.70 | $1,665.00 |
| **TOTAL** | | | | $1,833.00 |

As more fully detailed on **Exhibit "B",** the costs for which Attorney seeks reimbursement total $253.50.

### III.    *EVALUATION STANDARDS.*

A.   Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to the compensation requested; and, Attorney certifies that performance of the services benefited the Estate.

B.   Trustee has approved the request fees and costs.

### IV.    *CONCLUSION.*

Based on the foregoing, NRHS respectfully requests that this Court enter its Order:

A.    Approving and authorizing payment of fees to LN in the sum of $12,327.32 for services provided herein for the period of July 12, 2023 through January 9, 2025 and,

B.    Approving and authorizing reimbursement of out-of-pocket expenses to LN in the sum of $746.75 incurred herein; and,

C.    Approving and authorizing payment of fees to NRHS in the sum of $1,672.43 for services provided herein for the period of February 13, 2025 through May 9, 2025 and,

D    Approving and authorizing reimbursement of out-of-pocket expenses to NRHS in the sum of $253.50 incurred herein, and,

E.    For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 12th day of May, 2025.

NACH, RODGERS, HILKERT & SANTILLI

By     /s/ Stuart B. Rodgers
                    Stuart B. Rodgers
                    Attorneys for Trustee

Copy of the foregoing delivered via electronic notification:

Thomas H. Allen
Allen, Jones & Giles, PLC
1850 N. Central Ave., Ste. 1025
Phoenix, AZ 85004
Email: tallen@bkfirmaz.com

Office of the U.S. Trustee
230 North First Avenue
First Floor
Phoenix, AZ 85004
Email: Jennifer.A.Giaimo@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By   /s/  Danica Acosta

# EXHIBIT "A"

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

Phoenix, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

ERIC HALEY
2001 E. CAMPBELL AVENUE
SUITE 103
PHOENIX, AZ  85016

| | |
|---|---|
| Statement Date: | May 12, 2025 |
| Statement No. | 109045 |
| Account No. | 8032.538 |
| Page: | 1 |

RE: TARADEJNA, MARTIN

## Fees

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/31/2023 | SBR | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING CASE ISSUES. | 395.00 | 0.40 | 158.00 |
| 09/09/2023 | SBR | QUARTERLY REVIEW WITH TRUSTEE. | 395.00 | 0.20 | 79.00 |
| 11/16/2023 | AB | DOWNLOAD AND SAVE DISCHARGE ORDER. | 170.00 | 0.10 | 17.00 |
| 02/13/2024 | SBR | EMAIL EXCHANGE WITH TRUSTEE. | 430.00 | 0.20 | 86.00 |
| | SBR | REVIEW STATUS OF CASE. | 430.00 | 0.40 | 172.00 |
| | SBR | EMAIL TO DEBTOR ATTORNEY REGARDING 2022 AND 2023 TAX RETURNS. | 430.00 | 0.10 | 43.00 |
| 04/26/2024 | HKS | REVIEW OF FILE AND UPDATE CASE STATUS REPORT. | 340.00 | 0.10 | 34.00 |
| 06/04/2024 | HKS | REVIEW OF CODA PROOF OF CLAIM AND ANALYZE SAME IN CONTEXT OF ANALYZING CHAPTER 5 CLAIMS AGAINST CODA. | 340.00 | 0.20 | 68.00 |
| 06/07/2024 | SBR | REVIEW STATUS AND DRAFT MEMORANDUM REGARDING SAME. | 430.00 | 0.30 | 129.00 |
| | | CASE ADMINISTRATION | | 2.00 | 786.00 |
| 07/12/2023 | DLA | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 140.00 | 0.50 | 70.00 |
| | SBR | REVIEW, REVISE AND EDIT APPLICATION TO EMPLOY. | 395.00 | 0.30 | 118.50 |
| | | PROFESSIONAL EMPLOYMENT/ FEES | | 0.80 | 188.50 |
| 07/12/2023 | SBR | REVIEW EMAILS FROM DEBTOR ATTORNEY AND CREDITOR (0.3) AND REVIEW TRUSTEE FILE (0.5). | 395.00 | 0.80 | 316.00 |
| 07/14/2023 | SBR | RESEARCH REGARDING ENTITIES. | 395.00 | 0.70 | 276.50 |
| | SBR | DRAFT 2004 EXAMINATION EXHIBIT. | 395.00 | 0.50 | 197.50 |

ERIC HALEY

TARADEJNA, MARTIN

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | AB | PREPARATION OF APPLICATION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS AND ORDER REGARDING SAME. | 170.00 | 0.20 | 34.00 |
|  | AB | PREPARATION OF FINAL APPLICATION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS AND ORDER REGARDING SAME; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.20 | 34.00 |
|  | SBR | REVIEW, REVISE AND EDIT 2004 EXAMINATION APPLICATION. | 395.00 | 0.20 | 79.00 |
| 07/17/2023 | AB | DOWNLOAD AND SAVE RULE 2004 EXAMINATION ORDER; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE. | 170.00 |  | 0.00 |
|  | SBR | REVIEW, REVISE AND EDIT 2004 EXAMINATION NOTICE. | 395.00 | 0.20 | 79.00 |
|  | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 |  | 0.00 |
|  | SBR | TELEPHONE CONFERENCE WITH DEBTOR ATTORNEY. | 395.00 | 0.30 | 118.50 |
| 08/08/2023 | AB | DOWNLOAD AND SAVE 125 FILES REGARDING 2004 EXAMINATION PRODUCTION OF DOCUMENTS FROM DEBTORS. | 170.00 |  | 0.00 |
| 08/21/2023 | SBR | REVIEW PRODUCTION OF DOCUMENTS AND PREPARE FOR EXAM. | 395.00 | 2.40 | 948.00 |
| 08/23/2023 | AB | PREPARE NOTICE OF CONTINUED RULE 2004 EXAMINATION. | 170.00 | 0.20 | 34.00 |
|  | AB | PREPARATION OF FINAL NOTICE OF CONTINUED RULE 2004 EXAMINATION; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 |  | 0.00 |
| 08/25/2023 | SBR | TELEPHONE CONFERENCE WITH CREDITOR AND TRUSTEE. | 395.00 | 0.30 | 118.50 |
| 08/29/2023 | SBR | CONTINUE TO PREPARE FOR EXAM; ATTENTION TO LEASES AND HOMESTEAD ISSUE. | 395.00 | 1.10 | 434.50 |
|  | SBR | COMPLETE PREPARATIONS FOR EXAM. | 395.00 | 1.40 | 553.00 |
|  | SBR | CONDUCT EXAM. | 395.00 | 0.80 | 316.00 |
|  | SBR | POST EXAM ANALYSIS. | 395.00 | 0.80 | 316.00 |
| 09/05/2023 | AB | PREPARATION OF FINAL MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS AND ORDER REGARDING SAME; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.20 | 34.00 |
|  | SBR | DRAFT MOTION TO EXTEND TIME TO OBJECT AND ORDER. | 395.00 | 0.60 | 237.00 |
|  | SBR | DRAFT EXHIBIT FOR 2004 EXAMINATION OF NON-FILING SPOUSE. | 395.00 | 0.30 | 118.50 |
|  | SBR | TELEPHONE CONFERENCE WITH DEBTOR ATTORNEY REGARDING ISSUES. | 395.00 | 0.20 | 79.00 |

ERIC HALEY

TARADEJNA, MARTIN

| Date | | Description | Rate | Hours | |
|------|---|-------------|------|-------|---|
| 09/06/2023 | AB | EMAIL TO ANNETTE FRANCHELLO IN JUDGE MARTIN'S CHAMBERS REGARDING MOTION TO EXTEND TIME TO FILE OBJECT TO EXEMPTIONS AND TO TRASH THE ORDER REGARDING SAME. | 170.00 | | 0.00 |
| | AB | PREPARE STIPULATED MOTION TO EXTEND TIME TO FILE OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS AND ORDER REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARE APPLICATION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS OF DEBTOR'S EX-SPOUSE AND ORDER REGARDING SAME. | 170.00 | 0.20 | 34.00 |
| | SBR | EDIT STIPULATION AND E-MAIL DEBTOR ATTORNEY. | 395.00 | 0.20 | 79.00 |
| 09/07/2023 | AB | PREPARATION OF FINAL STIPULATED MOTION TO EXTEND TIME FOR TRUSTEE TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS AND ORDER REGARDING SAME; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.20 | 34.00 |
| 09/08/2023 | AB | DOWNLOAD AND SAVE ORDER EXTENDING TIME TO FILE OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS; CALENDAR DEADLINE FOR ATTORNEY RODGERS. | 170.00 | | 0.00 |
| 09/12/2023 | SBR | ATTENTION TO DOCUMENTS FROM WIFE (0.4); E-MAIL EXCHANGE WITH TRUSTEE (0.1). | 395.00 | 0.50 | 197.50 |
| 09/20/2023 | HKS | REVIEW OF SCHEDULES, DOCKET, AND FILE AND ANALYZE POSSIBLE ESTATE ASSETS. | 305.00 | 0.80 | 244.00 |
| 09/22/2023 | HKS | REVIEW OF ENTITY BANKRUPTCY FILING, REVIEW OF PLAN, DISCLOSURE STATEMENT AND TREATMENT OF EQUITY INTERESTS. | 305.00 | 0.60 | 183.00 |
| | HKS | RESEARCH ESTATE INTERESTS IN 9 ENTITIES, INCLUDING LITIGATION RECORDS, REAL PROPERTY SEARCHES, AND CORPORATATION COMMISSIONS RECORDS. | 305.00 | 2.90 | 884.50 |
| | HKS | REVIEW OF DEBTOR'S PRODUCTION OF DOCUMENTS FOR 2004 EXAMINATION AND ANALYZE SAME FOR ESTATE ASSETS. | 305.00 | 0.50 | 152.50 |
| | SBR | REVIEW, REVISE AND EDIT 2004 EXAMINATION EXHIBIT. | 395.00 | 0.20 | 79.00 |
| | AB | PREPARATION OF FINAL APPLICATION FOR RULE 2004 EXAMINATION OF PLATFORM III LANSING, LLC AND PRODUCTION OF DOCUMENTS AND ORDER REGARDING SAME; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| 09/25/2023 | AB | DOWNLOAD AND SAVE ORDER REGARDING RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM PLATFORM III - LANSING; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER TO PLATFORM III - LANSING REGARDING RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS DEADLINE AND SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |

ERIC HALEY

TARADEJNA, MARTIN

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | HKS | REVIEW OF 2004 EXAMINATION ORDER AND REVISE ACCOMPANYING LETTER AND SUBPOENA. | 305.00 | 0.10 | 30.50 |
| | HKS | EMAIL TO POSSIBLE STORAGE UNIT BROKER. | 305.00 | 0.10 | 30.50 |
| | HKS | TELEPHONE CONFERENCE WITH POSSIBLE BROKER FOR STORAGE UNITS. | 305.00 | 0.30 | 91.50 |
| | HKS | EMAIL TO SCOTT KRONE AND FOLLOW UP EMAIL. | 305.00 | 0.40 | 122.00 |
| 09/26/2023 | HKS | REVIEW OF EMAIL FROM SCOTT KRONE AND REVIEW ACCOMPANYING RELEASE AGREEMENT. RESPOND TO EMAIL. | 305.00 | 0.80 | 244.00 |
| | HKS | RESEARCH LLC INTERESTS AND DRAFT 2004 EXAMINATION APPLICATION, ORDER, EXHIBIT A, AND NOTICE FOR 6 DIFFERENT ENTITIES. | 305.00 | 2.90 | 884.50 |
| 09/28/2023 | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM PLATFORM III - LANSING; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO PLATFORM III - LANSING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | REVIEW AND REVISE DATES ON APPLICATIONS FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS TO PLATFORM II - WISCONSIN, PLATFORM II - SUPERIOR, PLATFORM III - THIRD, LLC, CODA HOLDING II, LLC, CODA HOLDING, LLC AND REVIEW OF PLEADINGS FOR CHIW SERIES I AND CODA III, LLC AND SEND TO ATTORNEY SANTILLI FOR FURTHER REVIEW. | 170.00 | 0.30 | 51.00 |
| 10/02/2023 | HKS | REVISE 7 APPLICATIONS FOR 2004 EXAMINATION, NOTICES, AND ORDERS. | 305.00 | 0.80 | 244.00 |
| | HKS | TELEPHONE CONFERENCE WITH POSSIBLE BROKER REGARDING STORAGE UNIT PROPERTIES. | 305.00 | 0.10 | 30.50 |
| | AB | PREPARATION OF FINAL APPLICATIONS FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS AND ORDERS REGARDING SAME FOR 7 ENTITIES - PLATFORM II - WISCONSIN, LLC, PLATFORM II - SUPERIOR, LLC, PLATFORM III- THIRD, LLC, CODA HOLDING, LLC, CODA HOLDING II, LLC, CODA HOLDING III, LLC AND CHIW SERIES I; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.30 | 51.00 |
| | HKS | DRAFT CERTIFICATE OF SERVICE FOR 2004S. | 305.00 | 0.40 | 122.00 |
| 10/03/2023 | HKS | TELEPHONE CONFERENCE WITH DENISE NUNEZ REGARDING SALE OF STORAGE UNITS. | 305.00 | 0.20 | 61.00 |
| 10/05/2023 | AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - PLATFORM III - THIRD LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |

ERIC HALEY

TARADEJNA, MARTIN

| | | Rate | Hours | |
|---|---|---|---|---|
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - PLATFORM II WISCONSIN LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - PLATFORM II SUPERIOR LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - CHIW SERIES I; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - CODA HOLDING III LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - CODA HOLDING II LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| AB | DOWNLOAD AND SAVE ORDER FOR RULE 2004 EXAMINATION - CODA HOLDING LLC; PREPARE NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE; PREPARE SUBPOENA DUCES TECUM AND LETTER REGARDING SUBPOENA DUCES TECUM. | 170.00 | 0.10 | 17.00 |
| HKS | REVISE 7 NOTICES FOR 2004 EXAMINATION. | 305.00 | 0.20 | 61.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO PLATFORM III - THIRD; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO PLATFORM II - SUPERIOR; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO PLATFORM II - WISCONSIN; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO CHIW SERIES I; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO CODA HOLDING LLC; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO CODA HOLDING II; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| AB | PREPARATION OF FINAL SUBPOENA DUCES TECUM AND LETTER REGARDING SAME TO CODA HOLDING II; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |

ERIC HALEY

TARADEJNA, MARTIN

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/06/2023 | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING PLATFORM III - THIRD LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING PLATFORM II - WISCONSIN LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING PLATFORM II - SUPERIOR LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING CHIW SERIES I; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING CODA HOLDING III LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING CODA HOLDING II LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| | AB | PREPARATION OF FINAL NOTICE OF RULE 2004 EXAMINATION AND CERTIFICATE OF SERVICE REGARDING CODA HOLDING LLC; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME. | 170.00 | 0.10 | 17.00 |
| 10/11/2023 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT KRONE AND HIS COUNSEL SCOTT COHEN REGARDING 2004S. | 305.00 | 0.10 | 30.50 |
| 10/12/2023 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT COHEN REGARDING 2004S. | 305.00 | 0.10 | 30.50 |
| 10/16/2023 | HKS | TELEPHONE CONFERENCE WITH SCOTT COHEN REGARDING 2004 EXAMINATIONS. | 305.00 | 0.20 | 61.00 |
| 10/25/2023 | HKS | REVIEW OF EMAIL FROM SCOTT COHEN REGARDING ENTITY 2004S. RESPOND TO SAME. | 305.00 | 0.10 | 30.50 |
| 10/31/2023 | HKS | REVIEW OF EMAIL FROM SCOTT COHEN AND DRAFT CONFIDENTIALITY AGREEMENT REGARDING 2004 EXAMINATION/POD. | 305.00 | 0.40 | 122.00 |
| | SBR | REVIEW NDA. | 395.00 | 0.20 | 79.00 |

ERIC HALEY

TARADEJNA, MARTIN

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT COHEN REGARDING ISSUES WITH CONFIDENTIALITY AGREEMENT. | 305.00 | 0.10 | 30.50 |
| 11/02/2023 | HKS | REVISE CONFIDENTIALITY AGREEMENT. | 305.00 | 0.60 | 183.00 |
| 11/03/2023 | SBR | REVIEW EMAIL FROM PARTY REGARDING STAY RELIEF; DRAFT RESPONSE. | 395.00 | 0.30 | 118.50 |
| 11/07/2023 | HKS | REVIEW OF EMAIL FROM SCOTT COHEN REGARDING CONFIDENTIALITY AGREEMENT. | 305.00 | 0.10 | 30.50 |
| 11/09/2023 | HKS | REVIEW OF EMAIL FROM SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS. | 305.00 | 0.10 | 30.50 |
| 11/10/2023 | HKS | EMAIL TO TRUSTEE REGARDING 2004 EXAMINATION DOCUMENT AGREEMENT. | 305.00 | 0.10 | 30.50 |
| 11/17/2023 | HKS | EMAIL TO SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS ISSUES. | 305.00 | 0.10 | 30.50 |
| 11/21/2023 | HKS | BEGIN REVIEW OF VOLUMINOUS PRODUCTION OF DOCUMENTS FROM ENTITIES. | 305.00 | 0.80 | 244.00 |
| 12/18/2023 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT COHEN REGARDING 2004 EXAMINATION. | 305.00 | 0.10 | 30.50 |
| 12/21/2023 | HKS | EXCHANGE FOLLOW UP CORRESPONDENCE WITH SCOTT COHEN REGARDING 2004 EXAMINATION. | 305.00 | 0.10 | 30.50 |
| 01/02/2024 | AB | PREPARE NOTICE OF RESCHEDULED 2004 EXAMINATION FOR ALL ENTITIES OF DEBTOR. | 170.00 | 0.20 | 34.00 |
| 01/03/2024 | HKS AB | REVISE NOTICE OF CONTINUED 2004 EXAMINATION. PREPARATION OF FINAL NOTICE OF RESCHEDULED RULE 2004 EXAMINATION; ELECTRONIC COURT FILING; CORRESPONDENCE TO PARTIES REGARDING SAME (16 RECIPIENTS TO BE SENT FIRST CLASS PREPAID MAIL). | 305.00 170.00 | 0.40 0.10 | 122.00 17.00 |
| 01/08/2024 | HKS | REVIEW OF ENTITY PRODUCTION OF DOCUMENTS IN ADVANCE OF 2004. | 340.00 | 1.60 | 544.00 |
| | HKS | CONDUCT 2004 EXAMINATION EXAM. | 340.00 | 1.10 | 374.00 |
| 01/25/2024 | HKS | LEGAL RESEACH ON CHAPTER 5 ACTION FOR FAILURE FOR PROVIDE TRANSFER/CONSIDERATION. | 340.00 | 0.90 | 306.00 |
| 02/12/2024 | HKS | CONTINUED REVIEW OF ENTITY PRODUCTION OF DOCUMENTS AND EMAIL TO ENTITY COUNSEL REGARDING MISSING INFORMATION AND NEED TO COMPLY WITH 2004 EXAMINATION ORDER. | 340.00 | 1.10 | 374.00 |
| 02/14/2024 | HKS | REVIEW OF EMAIL FROM SCOTT COHEN REGARDING ENTITY PRODUCTION OF DOCUMENTS. | 340.00 | 0.10 | 34.00 |

ERIC HALEY

TARADEJNA, MARTIN

Page: 8
05/12/2025
Account No:        8032-538
Statement No:       109045

|            |     |                                                                                                                       | Rate   | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 04/04/2024 | HKS | REVIEW OF EXTENSIVE PRODUCTION OF DOCUMENTS AND SEND EMAIL TO ENTITY COUNSEL REGARDING MISSING INFORMATION.            | 340.00 | 2.10  | 714.00   |
| 04/18/2024 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS.                                            | 340.00 | 0.10  | 34.00    |
|            | HKS | EXCHANGE FOLLOW UP TELEPHONE CONFERENCE WITH WITH SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS.                       | 340.00 | 0.10  | 34.00    |
| 04/23/2024 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT C. REGARDING ENTITY PRODUCTION OF DOCUMENTS.                                        | 340.00 | 0.10  | 34.00    |
| 04/25/2024 | HKS | TELEPHONE CONFERENCE WITH SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS.                                               | 340.00 | 0.20  | 68.00    |
| 04/29/2024 | HKS | EXCHANGE CORRESPONDENCE WITH SCOTT COHEN REGARDING PRODUCTION OF DOCUMENTS.                                            | 340.00 | 0.10  | 34.00    |
|            | HKS | REVIEW OF EMAIL FROM SCOTT COHEN WITH ADDITIONAL PRODUCTION OF DOCUMENTS.                                              | 340.00 | 0.20  | 68.00    |
| 07/22/2024 | HKS | CONTINUE REVIEW OF VOLUMINOUS PRODUCTION OF DOCUMENTS FROM ENTITIES IN WHICH DEBTOR MAY HAVE AN INTEREST TO ANALYZE FOR ESTATE'S CLAIMS RELATED THERETO. | 340.00 | 2.30  | 782.00   |
| 08/07/2024 | HKS | FINISH REVIEW OF VOLUMINOUS ENTITY PRODUCTION OF DOCUMENTS AND ANALYZE SAME FOR CHAPTER 5 CAUSES OF ACTION/TURNOVER.   | 340.00 | 2.40  | 816.00   |
| 08/09/2024 | HKS | REVIEW OF EMAILS FROM DEBTOR AND SCOTT KRONE REGARDING ENTITY INTERESTS.                                               | 340.00 | 0.20  | 68.00    |
| 09/18/2024 | TNB | DRAFT ADVERSARIAL COMPLAINT                                                                                            |        | 2.00  | N/C      |
| 09/23/2024 | TNB | CONTINUE COMPLAINT                                                                                                     |        | 1.00  | N/C      |
| 10/02/2024 | TNB | DRAFT COMPLAINT                                                                                                        |        | 1.30  | N/C      |
| 10/03/2024 | TNB | EDIT COMPLAINT                                                                                                         |        | 1.00  | N/C      |
| 10/21/2024 | HKS | COMPREHENSIVE REVIEW OF RESIGNATION AGREEMENT FOR DRAFTING OF COMPLAINT.                                               | 340.00 | 1.20  | 408.00   |
|            | HKS | RESEARCH STATUTORY AGENT FOR ALL DEFENDANTS.                                                                           | 340.00 | 1.10  | 374.00   |
|            | HKS | LEGAL RESEARCH ON TRANSFER OF ENTITY OWNERSHIP AS 548/1004 TRANSFER AND LACK OF CONSIDERATION.                         | 340.00 | 0.90  | 306.00   |
|            | HKS | CONTINUE TO REVISE COMPLAINT VS. PARTNERS AND ENTITIES.                                                                | 340.00 | 2.10  | 714.00   |
| 10/22/2024 | JEI | PREPARED, REVIEWED, AND ORGANIZED A TLO REPORT FOR ATTORNEY, EMAILED DOCUMENTS THAT WERE LOCATED.                      |        | 0.20  | N/C      |
|            | HKS | FINISH DRAFT OF COMPLAINT.                                                                                             | 340.00 | 5.40  | 1,836.00 |

ERIC HALEY

TARADEJNA, MARTIN

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/23/2024 | HKS | FINISH REVISIONS TO DRAFT OF COMPLAINT. | 340.00 | 2.90 | 986.00 |
| | TNB | REVIEW, REVISE, AND EDIT DRAFT OF COMPLAINT. | 230.00 | 0.40 | 92.00 |
| 10/27/2024 | SBR | REVIEW, REVISE AND EDIT COMPLAINT. | 430.00 | 0.50 | 215.00 |
| 10/28/2024 | HKS | REVISIONS TO ENTITY COMPLAINT. | 340.00 | 0.80 | 272.00 |
| 10/29/2024 | HKS | FINAL REVISIONS TO ADVERSARY COMPLAINT AND PREPARE SAME FOR FILING. | 340.00 | 0.90 | 306.00 |
| 10/30/2024 | AB | DOWNLOAD AND SAVE SUMMONS; OBTAIN ENTITY INFORMATION FOR REMAINING DEFENDANTS FROM ILLINOIS CORPORATION COMMISSION; MAIL COPIES OF SUMMONS AND COMPLAINT TO 16 DEFENDANTS AND THEIR STATUTORY AGENTS VIA REGULAR AND CERTIFIED MAIL; PREPARE CERTIFICATE OF SERVICE OF SAME; EMAIL TO ATTORNEY SANTILLI REGARDING SAME. | 170.00 | 0.30 | 51.00 |
| | AB | PREPARATION OF FINAL CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT; ELECTRONIC COURT FILING. | 170.00 | 0.20 | 34.00 |
| | HKS | REVISE CM FOR ADVERSARY. | 340.00 | 0.10 | 34.00 |
| 11/06/2024 | AB | SCAN AND SAVE RETURNED MAIL TO STATUTORY AGENT ROCK FUSCO & CONNELLY; REMAIL SUMMONS AND COMPLAINT TO FORWARDING ADDRESS. | 170.00 | 0.10 | 17.00 |
| 11/12/2024 | HKS | TELEPHONE CONFERENCE WITH DALE SCHIAN REGARDING ADVERSARY. | 340.00 | 0.20 | 68.00 |
| 11/18/2024 | HKS | EXCHANGE CORRESPONDENCE WITH ROBERT WARNICKE REGARDING ADVERSARY REPRESENTATION. | 340.00 | 0.10 | 34.00 |
| 12/02/2024 | HKS | EMAIL TO ROBERT WARNICKE REGARDING ADVERSARY. | 340.00 | 0.10 | 34.00 |
| | HKS | CREATE SHAREFILE, EMAIL SAME TO ROBERT WARNICKE PER REQUEST. | 340.00 | 0.20 | 68.00 |
| 01/09/2025 | HKS | REVIEW AND RESPOND TO EMAIL FROM DEFENDANT'S COUNSEL REGARDING ADVERSARY. | 340.00 | 0.10 | 34.00 |
| | | ASSET ANALYSIS & DISPOSITION | | 61.40 | 20,128.50 |
| | | For Current Services Rendered | | 64.20 | 21,103.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DANICA ACOSTA | 0.50 | $140.00 | $70.00 |
| STUART B. RODGERS | 12.90 | 395.00 | 5,095.50 |
| STUART B. RODGERS | 1.50 | 430.00 | 645.00 |
| HELEN SANTILLI | 14.50 | 305.00 | 4,422.50 |
| HELEN SANTILLI | 29.00 | 340.00 | 9,860.00 |
| TYLER N BOWMAN | 0.40 | 230.00 | 92.00 |
| AIMEE BOURASSA | 5.40 | 170.00 | 918.00 |

ERIC HALEY

TARADEJNA, MARTIN

<u>Expenses</u>

| 07/14/2023 | POSTAGE 1 @ $.63 | 0.60 |
|---|---|---|
| 07/15/2023 | TRANSUNION SEARCH | 20.40 |
| 07/17/2023 | POSTAGE 1 @ $.63 | 0.60 |
| 08/02/2023 | UNIVERSAL TRACING INV# 50998 SKIP TRACING SERVICES | 175.00 |
| 08/23/2023 | POSTAGE 1 @ $.63 | 0.63 |
| 09/22/2023 | POSTAGE 4 @ $.63 | 2.52 |
| 09/28/2023 | POSTAGE 3 @ $.87 | 2.61 |
| 09/28/2023 | POSTAGE 1 @ $.63 | 0.63 |
| 10/02/2023 | POSTAGE 1 @ $2.31 | 2.31 |
| 10/02/2023 | POSTAGE 14 @ $.63 | 8.82 |
| 10/05/2023 | POSTAGE 14 @ $.87 | 12.18 |
| 10/06/2023 | POSTAGE 1 @ $1.83 | 1.83 |
| 10/06/2023 | POSTAGE 14 @ $.63 | 8.82 |
| 01/03/2024 | POSTAGE 16 @ $.63 | 10.08 |
| 10/22/2024 | TRANSUNION SEARCH | 40.80 |
| 10/30/2024 | COPIES; 1,976 @ $.15 EACH | 296.40 |
| 10/30/2024 | POSTAGE 19 @ $1.25 | 23.75 |
| 10/30/2024 | POSTAGE 20 @ $6.89 | 137.80 |
| 11/06/2024 | POSTAGE 1 @ $.97 | 0.97 |
| | Total Expenses | 746.75 |
| | Total Current Work | 21,849.75 |
| | **Balance Due** | $21,849.75 |

**Summary Fee Transaction File List**
LANE & NACH, P.C.

| | | Hours to Bill | Amount | |
|---|---|---|---|---|
| Subtotal for Timekeeper 18 | Billable | 1.60 | 667.00 | STUART B. RODGERS |
| Subtotal for Timekeeper 19 | Billable | 0.30 | 102.00 | HELEN SANTILLI |
| Subtotal for Timekeeper 29 | Billable | 0.10 | 17.00 | AIMEE BOURASSA |
| **Total for Category 101** | Billable | 2.00 | 786.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 12 | Billable | 0.50 | 70.00 | DANICA ACOSTA |
| Subtotal for Timekeeper 18 | Billable | 0.30 | 118.50 | STUART B. RODGERS |
| **Total for Category 102** | Billable | 0.80 | 188.50 | PROFESSIONAL EMPLOYMENT/ FEES |
| Subtotal for Timekeeper 18 | Billable | 12.50 | 4,955.00 | STUART B. RODGERS |
| Subtotal for Timekeeper 19 | Billable | 43.20 | 14,180.50 | HELEN SANTILLI |
| Subtotal for Timekeeper 26 | Billable | 0.40 | 92.00 | TYLER N BOWMAN |
| Subtotal for Timekeeper 29 | Billable | 5.30 | 901.00 | AIMEE BOURASSA |
| **Total for Category 104** | Billable | 61.40 | 20,128.50 | ASSET ANALYSIS & DISPOSITION |

| GRAND TOTALS |
|---|

| | | | |
|---|---|---|---|
| | Billable | 64.20 | 21,103.00 |

# EXHIBIT "B"



## NACH, RODGERS,
## HILKERT & SANTILLI

*2001 E Campbell Ave., Suite 103*
*Phoenix, AZ 85016*

(602)258-6000

TAX I.D. #33-1816777

ERIC HALEY
PO BOX 13390
SCOTTSDALE, AZ 85267

| | |
|---|---|
| Statement Date: | May 12, 2025 |
| Statement No. | 497 |
| Account No. | 11001.036 |
| Page: | 1 |

RE: TARADEJNA, MARTIN

2:23-bk-04171-BKM

### Fees

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/14/2025 | SBR | REVIEW STATUS AND UPDATE REPORT FOR QUARTERLY REVIEW. | 500.00 | 0.20 | 100.00 |
| 04/14/2025 | SBR | QUARTERLY REVIEW WITH TRUSTEE. | 500.00 | 0.20 | 100.00 |
| 05/06/2025 | TAD | REVIEW ORDER REGARDING POTENTIAL DISMISSAL AND PREPARE MEMORANDUM REGARDING SAME | 450.00 | 0.10 | 45.00 |
| 05/07/2025 | TAD | REVIEW MEMORANDA REGARDING DISMISSAL AND PREPARE AND FILE DISMISSAL NOTICE | 450.00 | 0.20 | 90.00 |
| | | CASE ADMINISTRATION | | 0.70 | 335.00 |
| 02/13/2025 | DLA | PREPARATION OF MOTION TO SUBSTITUTE ATTORNEY AND ORDER REGARDING THE SAME; ELECTRONICALLY FILED WITH COURT | 150.00 | 0.30 | 45.00 |
| 05/09/2025 | SBR | CATEGORIZE AND EDIT TIME. | 500.00 | 0.50 | 250.00 |
| | DLA | DRAFT FINAL FEE APPLICATION. | 150.00 | 1.00 | 150.00 |
| | SBR | REVIEW, REVISE AND EDIT FEE APPLICATION. | 500.00 | 0.50 | 250.00 |
| | | PROFESSIONAL EMPLOYMENT / FEES | | 2.30 | 695.00 |
| 02/22/2025 | TAD | REVIEW COMPLAINT, DOCKET AND MEMORANDUM REGARDING STATUS AND ISSUES. | 450.00 | 0.30 | 135.00 |
| | TAD | WORK ON REVIEW OF FILE INFORMATION | 450.00 | 0.50 | 225.00 |
| 02/25/2025 | HKS | REVIEW OF FILE AS TO DOCUMENTS RELATED TO VALUE OF DEFENDANTS IN ADVERSARY. | 420.00 | 0.30 | 126.00 |
| | TAD | WORK ON REVIEW OF LITIGATION INFORMATION | 450.00 | 0.30 | 135.00 |

ERIC HALEY

TARADEJNA, MARTIN
2:23-bk-04171-BKM

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/27/2025 | TAD | PREPARE MEMORANDUM TO DEFENSE COUNSEL REGARDING PHONE CONFERENCE | 450.00 | 0.10 | 45.00 |
| 02/28/2025 | TAD | TELEPHONE CONFERENCE WITH RW REGARDING ASSETS AND PREPARE MEMORANDUM REGARDING SAME | 450.00 | 0.20 | 90.00 |
| 03/06/2025 | HKS | CREATE SHAREFILE AND EXCHANGE CORRESPONDENCE WITH ROBERT WARNICKE REGARDING ADVERSARY PRODUCTION OF DOCUMENTS. | 420.00 | 0.10 | 42.00 |
| 03/07/2025 | TAD | REVIEW MEMORANDUM AND DOCUMENTS FROM RW, RESEARCH ENTITY LITIGATION AND PREPARE MEMORANDUM REGARDING SAME | 450.00 | 1.80 | 810.00 |
| 04/09/2025 | TAD | FOLLOW UP WITH RW REGARDING DEFENDANT INFORMATION | 450.00 | 0.10 | 45.00 |
| 04/15/2025 | TAD | REVIEW SETTLEMENT REGARDING PLATFORM II WI. | 450.00 | 0.20 | 90.00 |
| 04/28/2025 | TAD | REVIEW MEMORANDUM AND INFORMATION REGARDING ENTITY ASSETS AND PREPARE RESPONSE | 450.00 | 0.20 | 90.00 |
|  |  | ASSET ANALYSIS & DISPOSITION |  | 4.10 | 1,833.00 |
|  |  | For Current Services Rendered |  | 7.10 | 2,863.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| STUART B RODGERS | 1.40 | $500.00 | $700.00 |
| HELEN K SANTILLI | 0.40 | 420.00 | 168.00 |
| DANICA L ACOSTA | 1.30 | 150.00 | 195.00 |
| TERRY A DAKE | 4.00 | 450.00 | 1,800.00 |

Expenses

| 05/09/2025 | COPIES; POSTAGE AND PROCESSING | 248.00 |
|---|---|---|
| 05/09/2025 | PACER FEE | 5.50 |
|  | Total Expenses | 253.50 |
|  | Total Current Work | 3,116.50 |
|  | Balance Due | $3,116.50 |

**Summary Fee Transaction File List**
1st Fee App
Nach Rodgers Hilkert & Santilli

| | | Hours to Bill | Amount | |
|---|---|---|---|---|
| Subtotal for Timekeeper 1 | Billable | 0.40 | 200.00 | STUART B RODGERS |
| Subtotal for Timekeeper 20 | Billable | 0.30 | 135.00 | TERRY A DAKE |
| **Total for Category 110** | Billable | 0.70 | 335.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 1 | Billable | 1.00 | 500.00 | STUART B RODGERS |
| Subtotal for Timekeeper 11 | Billable | 1.30 | 195.00 | DANICA L ACOSTA |
| **Total for Category 112** | Billable | 2.30 | 695.00 | PROFESSIONAL EMPLOYMENT / FEES |
| Subtotal for Timekeeper 3 | Billable | 0.40 | 168.00 | HELEN K SANTILLI |
| Subtotal for Timekeeper 20 | Billable | 3.70 | 1,665.00 | TERRY A DAKE |
| **Total for Category 114** | Billable | 4.10 | 1,833.00 | ASSET ANALYSIS & DISPOSITION |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| | Billable | 7.10 | 2,863.00 |