ORDERED ACCORDINGLY.

Dated: July 9, 2025

_____
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

MARTIN ANDREW TARADEJNA,

Debtor.

(Chapter 7 Case)

No. 2:23-bk-04171-BKM

**ORDER APPROVING APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS**

This matter having come on for consideration upon the Application for Payment of Attorneys' Fees and Costs filed by Nach, Rodgers, Hilkert & Santilli for services Lane & Nach, P.C. and Nach, Rodgers, Hilkert & Santilli rendered in representing Eric M. Haley, Trustee, and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED approving the Application and authorizing Eric M. Haley, Trustee, to pay Lane & Nach, P.C. the sum of $12,327.32 in fees and $746.75 costs, for a total of $13,074.07 for services provided to Trustee from July 12, 2023 through January 9, 2025 and to pay Nach, Rodgers, Hilkert & Santilli the sum of $1,672.43 in fees and $253.50 in costs for a total of $1,925.93, for services provided to Trustee from February 13, 2025 through May 9, 2025, provided that funds are available and that payment will not prejudice claimants of equal or higher priority.

**DATED AND SIGNED ABOVE**